# Third District Court of Appeal

## State of Florida

Opinion filed April 16, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1241
Lower Tribunal No. 19-CF-543-A-K
_____

**Christopher Valdez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Monroe County, James W. Morgan, III, Judge.

Christopher Valdez, in proper person.

James Uthmeier, Attorney General, and Richard L. Polin, Chief Assistant Attorney General, for appellee.

Before FERNANDEZ, LINDSEY, and BOKOR, JJ.

PER CURIAM.

Appellant Christopher Valdez pled guilty to several felony offenses and was sentenced on July 1, 2024. The next day, attorney Colleen Reed filed a Notice of Appearance on Valdez's behalf. Reed had already been named as counsel for Valdez in an Emergency Joint Motion by the parties concerning jail credit, which was filed on June 28 and granted by the trial court on July 3. On July 11, Valdez filed a pro se Notice of Appeal, initiating the instant appeal. The record contains neither a Motion to Withdraw by Reed, nor any filing by Valdez complaining of Reed's performance or requesting that she be removed as counsel.

A pro se filing by a criminal defendant who is represented by counsel is unauthorized by law and treated as a nullity. Logan v. State, 846 So. 2d 472, 473-79 (Fla. 2003). The only exception to this rule occurs when the filing is a clear and unequivocal statement that the defendant wishes to discharge counsel. Id. at 477. This exception does not apply here. Accordingly, we treat the notice of appeal as a nullity and dismiss the appeal.

Dismissed.